# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

| | |
|---|---|
| JHONIS ENRIQUE BOYA-MEZA, | |
| Petitioner, | 2:25-cv-8 |
| v. | |
| U.S. DEPARTMENT OF HOMELAND SECURITY, | |
| Respondent. | |

### ORDER

The Magistrate Judge issued a Report and Recommendation for the Court to grant as unopposed Respondent's Motion to Dismiss and dismiss without prejudice Petitioner Jhonis Boya-Meza's ("Boya-Meza") 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus based on his failure to follow this Court's Order. Dkt. No. 8. Boya-Meza did not file Objections to this Report and Recommendation, and the time to do so has elapsed.

Thus, upon review, I find no clear error in the Magistrate Judge's Report and Recommendation and **ADOPT** the Report and Recommendation as the opinion of the Court. See Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (If no specific objections are made or no objections are made at all, "the appropriate standard of review for the report and recommendation is clear error."). I **GRANT as unopposed** Respondent's Motion to

Dismiss and **DISMISS without prejudice** Boya-Meza's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus based on his failure to follow the Court's Order. I **DIRECT** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal and **DENY** Boya-Meza *in forma pauperis* status on appeal.

**SO ORDERED**, this 24 day of April, 2025.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA